# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

CYNTHIA L. BENNETT

V.

JOHN E. POSTER, POSTMASTER GENERAL USPS

Case Number:
FILED: JUNE 23, 2008
08 CV 3587
JUDGE ZAGEL
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CYNTHIA L. BENNETT

| | |
|---|---|
| NAME (Type or print) | Michael T. Smith |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ *[signature]* |
| FIRM | Law Offices of Michael T. Smith |
| STREET ADDRESS | 440 W. Irving Park Road |
| CITY/STATE/ZIP | Roselle, Illinois 60172 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6180407 |
| TELEPHONE NUMBER | 847-895-0626 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |