UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA L. BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 3587 |
| v. | ) | |
| | ) | |
| JOHN E. POTTER, Postmaster General of the United States Postal Service, | ) ) | Judge Zagel |
| | ) | |
| Defendant. | ) | |

**ATTORNEY DESIGNATION**

  Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

                By: s/ Ann L. Wallace
                   ANN L. WALLACE
                   Assistant United States Attorney
                   219 South Dearborn Street
                   Chicago, Illinois 60604
                   (312) 353-2067
                   ann.wallace@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on July 18, 2008, to the following non-ECF filers:

**Michael T. Smith**
Law Offices of Michael T. Smith
440 W. Irving Park Road
Roselle, IL 60172

            By:    s/ Ann L. Wallace
                    ANN L. WALLACE
                    Assistant United States Attorney
                    219 South Dearborn Street
                    Chicago, Illinois 60604
                    (312) 886-9082
                    ann.wallace@usdoj.gov